

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-23-00406-CV

————————————————

IN THE INTEREST OF N. L., A CHILD

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 2008-30603-211

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

**MEMORANDUM OPINION**

On August 22, 2023, the trial court signed an "Order of Dismissal" dismissing the underlying case. Pro se appellant C.L. attempts to appeal from that order. Because no postjudgment motion was filed, C.L.'s notice of appeal was due on September 21, 2023. *See* Tex. R. App. P. 26.1. But C.L. did not file his notice of appeal until October 25, 2023, making it untimely. *See id.*

We notified C.L. by letter of our concern that we lack jurisdiction over this appeal because his notice of appeal was untimely filed. *See id.* We warned C.L. that unless he or any other party desiring to continue the appeal filed a response within ten days showing grounds for continuing the appeal, we could dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Ten days have passed, and we have received no response.

The deadline for filing a notice of appeal is jurisdictional; without a timely filed notice of appeal or a timely filed extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.1, 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because C.L.'s notice of appeal was untimely filed, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  December 14, 2023